No. 994. GILLIS, RECEIVER, *v.* CALIFORNIA. May 28, 1934. Petition for writ of certiorari to the Circuit Court

of Appeals for the Ninth Circuit granted. *Mr. Ernest C. Carman* for petitioner. *Messrs. U. S. Webb* and *H. H. Linney* for respondent.